

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00159-CR

**SCOTT ELDRED COALWELL,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2015-937-C1**

## MEMORANDUM  OPINION

Appellant Scott Eldred Coalwell's pro se May 5, 2016 letter is sufficient to serve as his notice of appeal;[1] it was filed on May 20, 2016.  The order of deferred adjudication being appealed is dated August 31, 2015.  Coalwell's notice of appeal is untimely, and we have no jurisdiction of an untimely appeal.  *See* TEX. R. APP. P. 26.2(a)(1); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of

---

[1] A defendant's letter that demonstrates a desire to appeal is sufficient to serve as a notice of appeal.  *See Palma v. State,* 76 S.W.3d 638, 641-42 (Tex. App.—Corpus Christi 2002, pet. ref'd); *see also Pharris v. State,* 196 S.W.3d 369, 372 (Tex. App.—Houston [1st Dist.] 2006, no pet.).

appeal is untimely).

Also, Coalwell signed a waiver of his right to appeal, and the trial court's certification of defendant's right to appeal in this case states that Coalwell waived his right to appeal. This appeal is therefore dismissed.[2] *See* TEX. R. APP. P. 25.2(d); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) ("A court of appeals … must dismiss a prohibited appeal without further action, regardless of the basis for the appeal."); *Davis v. State*, 205 S.W.3d 606, 607 (Tex. App.—Waco 2006, no pet.).

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed May 26, 2016
Do not publish
[CR25]



---

[2] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. *See* TEX. R. APP. P. 68.2(a).